IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-cv-00182-D

| | | |
|---|---|---|
| CAMPBELL SOUP COMPANY,<br>　　Plaintiff | )<br>)<br>) | |
| v. | )<br>) | **CONSENT JUDGMENT** |
| BONNIE HUNT; HARLAN HUNT; JAMES<br>W. MUSSELWHITE; MUSSELWHITE,<br>MUSSELWHITE, BRANCH &<br>GRANTHAM, P.A.,<br>　　Defendants. | )<br>)<br>)<br>)<br>) | |

This matter is before the Court on the joint motion of Plaintiff Campbell Soup Company and Defendants Bonnie Hunt and Harlan Hunt ("the Hunts") for entry of consent judgment. The Court finds and concludes the following, based on the consent and stipulation of Campbell Soup Company and the Hunts:

1. In this action, Campbell Soup Company brought claims for reimbursement, equitable lien/constructive trust, unjust enrichment, and attorney's fees against the Hunts.

2. Campbell Soup Company and the Hunts reached a settlement and agreed to the entry of this Consent Judgment in favor of Campbell Soup Company as one of the terms of the settlement.

3. Campbell Soup Company and the Hunts stipulate, and the Court finds, that the Hunts are jointly and severally indebted to Campbell Soup Company in the principal sum of $35,000.00.

4. Campbell Soup Company and the Hunts stipulate, and the Court finds, that the Hunts have already paid $32,000.00 toward the settlement.

1

It appearing that the parties have settled and compromised this dispute and have agreed to the entry of this Consent Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Campbell Soup Company and against Bonnie Hunt and Harlan Hunt in the amount of $35,000.00.

SO ORDERED. This 4 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge

2